UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CHILDREN'S MIRACLE NETWORK d/b/a CHILDREN'S MIRACLE NETWORK HOSPITALS, a, Utah non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>MIRACLES FOR KIDS, a California non-profit corporation,<br><br>Defendant. | Case No: 8:18-CV-01227-JLS-KES<br><br>**ORDER OF DISMISSAL** |

This matter comes before the Court on the Stipulated Notice of Dismissal of Plaintiff's Claims with Prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), brought by plaintiff CHILDREN'S MIRACLE NETWORK d/b/a CHILDREN'S MIRACLE NETWORK HOSPITALS ("Plaintiff") and defendant MIRACLES FOR KIDS, INC. ("Defendant"). The Court, being fully advised, and good cause having been shown, HEREBY ORDERS AS FOLLOWS:

1. All claims by Plaintiff against Defendant are dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

2. Each party shall bear its own costs and attorneys' fees.

IT IS SO ORDERED this 5th day of March, 2019.

JOSEPHINE L. STATON
--------------------------------
Judge Josephine L. Staton
United States District Court